IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| SCOTT ANDRESS, | : | | |
| Plaintiff, | : | | |
| | : | CIVIL ACTION | |
| v. | : | NO. 15-3305 | |
| | : | | |
| CAROLYN W. COLVIN, | : | | |
| Acting Commissioner of | : | | |
| Social Security, | : | | |
| Defendant. | : | | |

## ORDER

AND NOW, this 29th day of June, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, (Dkt No. 8), Defendant's Response thereto, (Dkt No. 9), Plaintiff's Reply in support thereof, (Dkt No. 10), the full record, and the Report and Recommendation of the Honorable M. Faith Angell, (Dkt No. 15), United States Magistrate Judge, with no objections having been filed thereto, it is hereby ORDERED that:

1. The Report and Recommendation, (Dkt No. 15), is APPROVED AND ADOPTED;

2. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review, (Dkt No. 8), is GRANTED;

3. The matter is REMANDED to the Commissioner for further administrative proceedings consistent with the Report and Recommendation;

4. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.